**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000749
07-NOV-2025
08:05 AM
Dkt. 33 SO**

NO. CAAP-23-0000749

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JORDANA TOLER, Plaintiff-Appellant,
v.
COUNTY OF HAWAIʻI PROSECUTOR'S OFFICE,
and COUNTY OF HAWAIʻI, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CCV-23-0000217)

SUMMARY DISPOSITION ORDER
(By: Nakasone, Chief Judge, Hiraoka and McCullen, JJ.)

Self-represented Plaintiff-Appellant Jordana Toler

(**Toler**) appeals from the Circuit Court of the Third Circuit's

October 2, 2025 judgment in favor of Defendants-Appellees the

County of Hawaiʻi Prosecutor's Office and County of Hawaiʻi

(collectively, **County Defendants**) and against Toler.[1]

---

[1] The Honorable Henry T. Nakamoto presided.

Toler filed a notice of appeal following the entry of the December 15, 2023 order granting County Defendants' motion to dismiss. In aid of its jurisdiction, this court remanded the case for entry of a separate judgment, which was entered on October 2, 2025.

In June 2023, Toler filed a Civil Information Sheet alleging "Assault & Battery" and demanding "bodily harm damages." Toler also filed a complaint claiming the County Defendants owed her $2,400.00 for a "1997 assault thru wifi causing bodily injury" and a "1999 assault w/motor vehicle."

The County Defendants moved to dismiss the complaint, as Toler "failed to properly plead facts upon which relief may be granted and has failed to state a cause of action for relief."

Toler then filed an "Acknowledgment (Letter) Complaint." Toler explained she was "intentionally struck from a motor vehicle owned by party involved" and included an incomprehensible diagram. The remainder of the document describes events from October 2015 to June 2021 and is difficult to discern.

The County Defendants again moved to dismiss. The circuit court granted the motion to dismiss and entered judgment in favor of the County Defendants and against Toler. Toler appealed.

Upon careful review of the record and the briefs submitted by the parties, we affirm.

Toler's opening brief discusses wanting "to reserve of baracade [sic] of 50 homes," "information is copied by purpatrairtors [sic]," and other indiscernible statements.

While we endeavor to liberally construe a self-represented litigant's pleadings "to facilitate access to justice," Toler does not present a discernible legal argument for this court to review on appeal.  See Erum v. Llego, 147 Hawaiʻi 368, 380-81, 465 P.3d 815, 827-28 (2020).

Based on the foregoing, we affirm the circuit court's October 2, 2025 judgment.

DATED:  Honolulu, Hawaiʻi, November 7, 2025.

On the briefs:

Jordana Toler,
Self-represented Plaintiff-
Appellant.

Steven K. Idemoto,
Deputy Corporation Counsel
County of Hawaiʻi,
for Defendants-Appellees.

/s/ Karen T. Nakasone
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge